NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MOBILE TECH, INC.,**
*Appellant*

**v.**

**SENNCO SOLUTIONS, INC.,**
*Appellee*

———————————

2019-1937

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02200.

———————————

## JUDGMENT

———————————

ALAN H. NORMAN, Thompson Coburn LLP, St. Louis, MO, argued for appellant.  Also represented by ANTHONY F. BLUM, MATTHEW A. BRAUNEL, DAVID B. JINKINS, JONATHAN G. MUSCH.

HUGH S. BALSAM, Locke Lord LLP, Chicago, IL, argued for appellee.  Also represented by KEVIN DAVID ERICKSON, Pauley Erickson & Kottis, Hoffman Estates, IL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 20, 2020          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court